UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WHITE WATER WEST INDUSTRIES, LTD, and KP CONSTRUCTION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NAUTILUS INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 5:19-cv-01124-EGS |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff KP Construction, Inc. and Defendant Nautilus Insurance Company hereby stipulate to the dismissal of this Action, with prejudice, with each Party to bear its own fees and costs.

Respectfully submitted,

**KP CONSTRUCTION, INC.,**

By its attorneys,

*/s/ Rebecca D. Raphaelson*
Joseph S. D'Amico, Jr.
Attorney I.D. No. 55645
Fitzpatrick Lentz & Bubba, P.C.
4001 Schoolhouse Lane
P.O. Box 219
Center Valley, PA  18034-0219
(610) 797-9000
jsdamico@flblaw.com

Nancy D. Adams

**NAUTILUS INSURANCE COMPANY,**

By its attorneys,

*/s/ Timothy A. Carroll*
Anthony L. Miscioscia
Attorney I.D. No. 69215
Timothy A. Carroll
Attorney I.D. No. 318907
White and Williams LLP
1650 Liberty Place, Suite 1800
Philadelphia, PA  19103-7395
(215) 864-6356/6218
miscioscaa@whiteandwilliams.com
carrollt@whiteandwilliams.com

23185771v.1

Alec J. Zadek
Rebecca D. Raphaelson
Mintz Levin Cohn Ferris
Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
617-542-6000
ndadams@mintz.com
azadek@mintz.com
(admitted *pro hac vice*)